IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| Donna Higdon,<br><br>    Plaintiff,<br><br>v.<br><br>W.A. Kendall & Co., Inc.,<br><br>    Defendant. | CIVIL ACTION NO. 4:04-CV-210 |

STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated, by and between counsel for the parties, as evidenced by signature of counsel below, that the above-entitled action is dismissed with prejudice with respect to Defendant W.A. Kendall Co., Inc., pursuant to Rule 41 of the Federal Rules of Civil Procedure, each party to bear its own costs and fees. DATED this 15th day of August, 2005.

| | |
|---|---|
| s/ Frank P. Pinchak<br>FRANK P. PINCHAK | s/ Chad A. Shultz<br>CHAD A. SHULTZ<br>Georgia Bar No. 644440 |
| SHUMACKER, WITT, GAITHER & WHITAKER<br>736 Market Street, Suite 1100<br>Chattanooga, TN 37402 | FORD & HARRISON LLP<br>1275 Peachtree Street, N.E.<br>Suite 600<br>Atlanta, GA  30309<br>Telephone: (404) 888-3800<br>Facsimile: (404) 888-3863<br><br>Attorneys for Defendant |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| Donna Higdon,<br><br>    Plaintiff,<br><br>v.<br><br>W.A. Kendall & Co., Inc.,<br><br>    Defendant. | CIVIL ACTION NO. 4:04-CV-210 |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a copy of the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE was served to the following via U.S. Mail, postage prepaid, and filed by using the CM/ECF system, on August 15th , 2005:

Frank P. Pinchak
Shumacker, Witt, Gaither & Whitaker
736 Market Street, Suite 1100
Chattanooga, TN 37402

H. Kimbrell Sawyer III
Sawyer & Sawyer
7587 Nashville Street
Ringgold, GA 30736

s/ Chad A. Shultz
Georgia Bar No. 644440
cshultz@fordharrison.com

Ford & Harrison LLP
1275 Peachtree Street, N.E., Suite 600
Atlanta, GA 30309
Telephone: (404) 888-3800
Facsimile: (404) 888-3863

Atlanta:374155.1